

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00358-CV

| | | |
|---|---|---|
| Violeta Paskauskiene | § | From the 96th District Court |
| v. | § | of Tarrant County (096-257084-11) |
| | § | August 8, 2013 |
| Texas Workforce Commission & | | |
| Microconsult Inc. | § | Opinion by Chief Justice Livingston |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _____
Chief Justice Terrie Livingston